## Index of Exhibits

| | |
|---|---|
| **EXHIBIT 1.** | Articles of Organization for Lioness Vizions |
| **EXHIBIT 2.** | Standard Procedures for Lioness Vizions |
| **EXHIBIT 3.** | Copyright Registration Number of the Book |
| **EXHIBIT 4.** | Signed Agreement Executing Copyright Assignment |
| **EXHIBIT 5.** | Email of Resignation from Defendant Rhasha Hoosier |
| **EXHIBIT 6.** | Response from Plaintiffs to Email of Resignation |
| **EXHIBIT 7.** | Certificate of Dissolution of Lioness Vizions |
| **EXHIBIT 8.** | Emails from Defendant Rhasha Hoosier re her intent to use Lioness Vizions Business Leads and Opportunities |
| **EXHIBIT 9.** | Emails from Defendant Rhasha Hoosier re false or disparaging communications about Lioness Vizions to Business Leads and Opportunities |
| **EXHIBIT 10.** | Email from Defendant Rhasha Hoosier re her malicious intent |
| **EXHIBIT 11.** | Cease and Desist Letter from Plaintiffs to Defendant Rhasha Hoosier |
| **EXHIBIT 12.** | Letter from Defendant Rhasha Hoosier re payment of taxes on behalf of Lioness Vizions |